```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

RICHARD WISE, RICHARD REITTER,    )
JOSHUA MALONEY and STEPHEN DUBE,  )
                                  )
         Plaintiffs               )
                                  )   Case No. 3:11-0572
v.                                )   Judge Nixon/Brown
                                  )   **Jury Demand**
HAYLEY WILLIAMS, JOSEPH FARRO,    )
TAYLOR YORK, JEREMY DAVIS,        )
ZAC FARRO, FUELED BY RAMEN,       )
WARNER MUSIC GROUP and            )
ATLANTIC RECORDS,                 )
                                  )
         Defendants               )

## O R D E R

At the parties' request the initial case management conference scheduled for Monday, August 8, 2011, has been rescheduled for **Thursday, August 11, 2011, at 1:30 p.m.**

It is so **ORDERED:**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge