IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RICHARD WISE, RICHARD REITTER, JOSHUA MALONEY, and STEPHEN DUBE, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | NO. 3:11-cv-00572 |
| v. | ) ) | JUDGE NIXON |
| HAYLEY WILLIAMS, JOSH FARRO, TAYLOR YORK, JEREMY DAVIS, ZAC FARRO, FUELED BY RAMEN, WARNER MUSIC GROUP and ATLANTIC RECORDS, | ) ) ) ) ) ) | MAGISTRATE JUDGE BROWN JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## PROPOSED AGREED MODIFICATION TO INITIAL CASE MANAGEMENT ORDER

The parties hereby propose the following Agreed Modification to the Initial Case Management Order entered by this Court on August 17, 2011. (Doc. No. 57). Section V. F., entitled "Other Deadlines" shall be modified to read as follows: "The Plaintiffs and Defendants shall identify and disclose all expert witnesses and expert reports on or before March 26, 2012. Any supplements to expert reports shall be filed on or before April 26, 2012. The parties shall depose all expert witnesses on or before May 18, 2012."

It is so ORDERED.

                                            /S/ Joe B. Brown
                                            Joe B. Brown
                                            United States District Magistrate Judge